GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>BOB HARMAN, TWILA HARMAN, et al.,<br><br>Defendants. | CASE NO. SACV06-10 ABC (VBKx)<br><br>**JUDGMENT AGAINST DEFENDANTS ROBERT GAHN AND F.I.G.**<br><br>**[F.R.C.P., Rules 54(b) and 55(b)(2)]**<br><br>DATE: March 9, 2009<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 680 |

By submission of the attorneys of record for Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., Plaintiff's Application for Entry of Separate Default Judgment Against Defendants Robert Gahn and F.I.G. ("Default Judgment Application") came on regularly for hearing on March 9, 2009 at 10:00 a.m. before the Honorable Audrey B. Collins, United States District Judge presiding in Courtroom 680 of the above-referenced

- 2 -

1  Court. Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of
2  the Plaintiff. No other appearances were made. The defendants Robert Gahn and
3  F.I.G. having been served with process, and having failed to appear and answer the
4  Plaintiff's complaint filed herein on January 3, 2006, and the defaults of said
5  defendants having been duly entered and evidence having been considered by the
6  Court, and the Court having reviewed and considered the Default Judgment
7  Application and all pleadings and papers filed in support, including all admissible
8  evidence filed in support, and no opposition to the Default Judgment Application
9  having been filed, and good cause appearing for entry of judgment against the
10 defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

11 **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that
12 Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr.,
13 individually and doing business as Financial Advisory Consultants, Income Fund,
14 Ltd. and Growth Fund, Ltd. shall recover from defendants Robert Gahn and F.I.G.
15 damages in the amount of $170,895.94, together with pre-judgment interest on said
16 sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of
17 filing this lawsuit until the date of entry of judgment, in the amount of $23,716.42,
18 plus costs of suit herein is awarded in the sum of $970.13 for a total judgment in the
19 amount of $195,582.49 which judgment shall be joint and several as to those
20 Defendants, pursuant to the First, Second and Third Claims for Relief asserted in
21 Plaintiff's Complaint, together with an award of post-judgment interest accruing
22 from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C.
23 § 1961;

24 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
25 judgment entered against Robert Gahn and F.I.G. herein and any other judgments
26 entered heretofore or hereafter in this action against any other defendants are
27 several as to each such defendant unless otherwise expressly stated in the judgment
28 to be joint and several as to the particular defendants; and

1   **IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against Robert Gahn and F.I.G., and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Defendants pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: March 16, 2009

*[signature]*

AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE