| | |
|---|---|
| 1 | GARY OWEN CARIS (SBN 088918) |
|   |   gcaris@mckennalong.com |
| 2 | LESLEY ANNE HAWES (SBN 117101) |
|   |   lhawes@mckennalong.com |
| 3 | ANGELA E. FONES (SBN 245204) |
|   |   afones@mckennalong.com |
| 4 | McKENNA LONG & ALDRIDGE LLP |
|   | 300 South Grand Avenue, 14th Floor |
| 5 | Los Angeles, CA 90071-3124 |
|   | Telephone: (213) 688-1000 |
| 6 | Facsimile: (213) 243-6330 |

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., | CASE NO. SACV06-10 ABC (VBKx) |
| | **[PROPOSED] AMENDED JUDGMENT AGAINST DEFENDANT ROBERT GAHN** |
| Plaintiff, | **[F.R.C.P., Rules 54(b) and 55(b)(2)]** |
| v. | DATE:   January 25, 2010 |
| BOB HARMAN, TWILA HARMAN, et al., | TIME:   10:00 a.m. |
| | PLACE: Courtroom 680 |
| Defendants. | |

By submission of the attorneys of record for Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., Plaintiff's Application for Entry of Separate Default Judgment Against Defendant Robert Gahn ("Default Judgment Application") came on regularly for hearing on January 25, 2010 at 10:00 a.m. before the Honorable Audrey B. Collins, United States District Judge presiding in Courtroom 680 of the above-referenced Court.

1  The defendant Robert Gahn having been served with process, and having failed to
2  appear and answer the Plaintiff's complaint filed herein on January 3, 2006, and the
3  default of said defendant having been duly entered and evidence having been
4  considered by the Court, and the Court having reviewed and considered the Default
5  Judgment Application and all pleadings and papers filed in support and opposition,
6  including all admissible evidence filed in support and opposition thereof, and good
7  cause appearing for entry of judgment against the defendants pursuant to Rule 55 of
8  the Federal Rules of Civil Procedure:

9  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that
10 Plaintiff Robb Evans, as Receiver over the assets of James P. Lewis, Jr.,
11 individually and doing business as Financial Advisory Consultants, Income Fund,
12 Ltd. and Growth Fund, Ltd. shall recover from defendant Robert Gahn damages in
13 the amount of $170,895.94, together with pre-judgment interest on said sum at the
14 federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this
15 lawsuit until the date of entry of judgment, in the amount of $30,288.44, plus costs
16 of suit herein is awarded in the sum of $1,059.13 for a total judgment in the amount
17 of $202,243.51, pursuant to the First, Second and Third Claims for Relief asserted
18 in Plaintiff's Complaint, together with an award of post-judgment interest accruing
19 from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C.
20 § 1961;

21 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
22 judgment entered against Robert Gahn herein and any other judgments entered
23 heretofore or hereafter in this action against any other defendants are several as to
24 each such defendant unless otherwise expressly stated in the judgment to be joint
25 and several as to the particular defendants; and

26 **IT IS FURTHER ORDERED** that there is no just reason for delay in entry
27 of this final judgment against Robert Gahn and the Court expressly directs that the
28 Clerk of the Court enter this separate judgment against said Defendant pursuant to

1 F.R. Civ. P. 54 notwithstanding whether this action remains pending against other
2 defendants.

DATED: 2/9/10

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT CHIEF JUDGE